UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s):** SPARK NETWORK SERVICES, INC.,

County of Residence: Cook

Plaintiff's Atty:
Raymond P. Niro, Jr.
Niro, Scavone, Haller & Niro
181 West Madison Street - Suite 4600,
Chicago, IL 60602-4515
312-236-0733

**Defendant(s):** MATCH.COM, LP, eHARMONY.COM, INC. AND YAHOO!, INC.

County of Residence:

Defendant's Atty:

07CV570
JUDGE GOTTSCHALL
MAG. JUDGE NOLAN

II.  Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principal Parties (Diversity Cases Only)

  Plaintiff: -  N/A
  Defendant: - N/A

FILED
JAN 30 2007
Jan. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IV.  Origin:    1.  Original Proceeding

V.   Nature of Suit:   Property Rights - 830   Patent

VI.  Cause of Action:   Patent Infringement 35 U.S.C. Section 271

VII. Requested in Complaint
  Class Action:   No
  Dollar Demand:
  Jury Demand:    Yes

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____
Date:  1-30-07