# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SPARK NETWORK SERVICES, INC.

v.

MATCH.COM, LP eHARMONY.COM., INC. AND YAHOO!, INC.

**07CV570**
**JUDGE GOTTSCHALL**
**MAG. JUDGE NOLAN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SPARK NETWORK SERVICES, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Paul K. Vickrey | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Paul | |
| FIRM | |
| Niro, Scavone, Haller & Niro | |
| STREET ADDRESS | |
| 181 W. Madison Street, Suite 4600 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 03127773 | (312) 236-0733 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ✔ | |

FILED
JAN 30 2007
Jan. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT