IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*JH*

| | | |
|---|---|---|
| SPARK NETWORK SERVICES, INC., | ) | |
| | ) | Civil Action No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| MATCH.COM, LP, eHARMONY.COM., | ) | **07CV570** |
| INC. AND YAHOO!, INC. | ) | **JUDGE GOTTSCHALL** |
| | ) | **MAG. JUDGE NOLAN** |
| Defendants, | ) | |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, plaintiff provides the following information to be used by the Clerk of the Court as required by 35 U.S.C. §290:

1. Name and address of plaintiff:

   Spark Network Services, Inc.
   2720 River Road
   Des Plaines, Illinois

**FILED**

**JAN 3 0 2007**

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

2. Names and addresses of defendants:

   - Match.com LP
     8300 Douglas Avenue
     Dallas, Texas 75225

   - eHarmony.com, Inc.
     300 N. Lake Avenue
     Pasadena, California 91101

   - Yahoo!, Inc.
     701 First Avenue
     Sunnyvale, California 94089

3. Name of Inventors: Pierre E. Durand, Michael D. Low and Melissa K. Stoller.

4.  Patent Number Involved: U.S. Patent No. 6,272,467 B1.

SPARK NETWORK SERVICES, INC.

*/s/ Raymond P. Niro, Jr.*
Raymond P. Niro, Jr.
Paul K. Vickrey
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
(312) 236-0733

**Attorneys for Plaintiff,
Spark Network Services, Inc.**