# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., <br>                 Plaintiff, | Case No. 07 CV 570 |
| v. | Judge Joan B. Gottschall |
| MATCH.COM, LP, eHARMONY.COM, INC. AND YAHOO!, INC., <br>                 Defendants. | Magistrate Judge Nan R. Nolan |

## YAHOO!'S AGREED MOTION FOR AN EXTENSION
## OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Yahoo!, Inc. ("Yahoo!") hereby moves for an Order extending the period of time within which Yahoo! may answer or otherwise plead in response to the Complaint. Yahoo! believes that its response to the Complaint is currently due February 22, 2007, and through this motion it seeks an additional 30 days to respond to the Complaint. Yahoo!'s counsel contacted plaintiff's counsel regarding the extension, and plaintiff's counsel has agreed to the extension. Accordingly, Yahoo! moves for an order extending the period of time for Yahoo! to respond to the Complaint to March 23, 2007.

                                                                                                               Respectfully submitted,

Dated: February 22, 2007                                                   s/ Jason C. White
                                                                                                  William H. Frankel
                                                                                                  Jason C. White
                                                                                                  Stephanie J. Felicetty
                                                                                                  BRINKS HOFER GILSON & LIONE
                                                                                                  NBC Tower – Suite 3600
                                                                                                  455 N Cityfront Plaza Drive
                                                                                                  Chicago, Illinois 60611
                                                                                                  (312) 321-4200 (telephone)
                                                                                                  (312) 321-4299 (facsimile)

                                                                                                  *Attorneys for Defendant*
                                                                                                  *Yahoo!, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing YAHOO!'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD was served on the 22nd day of February, 2007, in the above entitled action as follows:

*Electronically via the Court's ECF system to the following attorneys of record:*

Paul K. Vickrey
(Email: vickrey@nshn.com)
Raymond Pardo Niro, Jr.
(Email: rnirojr@nshn.com)
Frederick C. Laney
(Email: laney@nshn.com)
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733

*Attorneys for Plaintiff*
*Spark Network Services, Inc.*

                  s/Jason C. White
                  Brinks Hofer Gilson & Lione