# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., | |
| Plaintiff, | Case No. 07 CV 570 |
| v. | Judge Joan B. Gottschall |
| MATCH.COM, LP, eHARMONY.COM, INC. AND YAHOO!, INC., | Magistrate Judge Nan R. Nolan |
| Defendants. | |

### NOTICE OF MOTION HEARING

Please take notice that on Thursday, March 1, 2007 at 9:30 am, or as soon thereafter as counsel may be heard, Defendant Yahoo!, Inc., through its counsel, shall appear before the Honorable Judge Joan B. Gottschall in Room 2325, The Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604 and present Defendant Yahoo's Agreed Motion for an Extension of Time to Answer or Otherwise Plead.

Respectfully submitted,

Dated: February 22, 2007

s/ Jason C. White
William H. Frankel
Jason C. White
Stephanie J. Felicetty
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 N Cityfront Plaza Drive
Chicago, Illinois 60611
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

*Attorneys for Defendant Yahoo!, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing NOTICE OF MOTION HEARING was served on the 22nd day of February, 2007, in the above entitled action as follows:

*Electronically via the Court's ECF system to the following attorneys of record:*

Paul K. Vickrey
(Email: vickrey@nshn.com)
Raymond Pardo Niro, Jr.
(Email: rnirojr@nshn.com)
Frederick C. Laney
(Email: laney@nshn.com)
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733

*Attorneys for Plaintiff*
*Spark Network Services, Inc.*

                                                      s/Jason C. White
                                                      Brinks Hofer Gilson & Lione