Spark Network Services, Inc. v. Match.Com, LP et al																														Doc. 13

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Spark Network Services, Inc.

                              Plaintiff,

v.                                           Case No.: 1:07−cv−00570
                                               Honorable Joan B. Gottschall

Match.Com, LP, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, February 26, 2007:

      MINUTE entry before Judge Joan B. Gottschall : MOTION by Defendant Yahoo!, Inc. for extension of time to file answer or otherwise plead by 3/23/2007 [11] is granted. No appearance is required on 3/1/2007. Status hearing set for 3/28/2007 at 09:30 AM. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com