# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number:

## AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| | |
|---|---|
| NAME (Type or print) | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES          NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES          NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL | |

## <u>CERTIFICATE OF SERVICE</u>

Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing

**Appearance for Elizabeth Barry** was served electronically upon counsel of record:

- **Stephanie Joy Felicetty**
  sfelicetty@usebrinks.com, federalcourts@brinkshofer.com
- **William H. Frankel**
  wfrankel@usebrinks.com
- **Frederick Christopher Laney**
  laney@nshn.com
- **Raymond Pardo Niro , Jr**
  rnirojr@nshn.com
- **Paul K. Vickrey**
  vickrey@nshn.com
- **Jason C. White**
  jwhite@usebrinks.com

this 19th day of March, 2007, on or before the hour of 5:00 p.m.


s/ Craig Varga