IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 07 CV 570 |
| | ) |
| MATCH.COM, LP, eHARMONY.COM, | )   Judge Gottschall |
| INC. AND YAHOO!, INC., | ) |
| | ) |
| Defendants. | ) |

**(AGREED) DEFENDANT MATCH .COM'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendant, Match.com ("Defendant"), by its attorneys, Varga Berger Ledsky Hayes & Casey, moves for a 13-day extension of time to file its responsive pleading to Plaintiff's Complaint. In support of its motion, Defendant states as follows:

1. Defendant has only recently retained counsel in this matter.

2. Defendant requires additional time to investigate the allegations and asserted claims of Plaintiff's Complaint and to research and formulate its responsive pleading.

3. Defendant believes its response to Plaintiff's Complaint is past due.

4. This is Defendant's first request for an extension.

5. Counsel for Spark Network Services, Inc. has been contacted regarding this motion and has agreed to extend Defendant's time to respond to Plaintiff's Complaint to and including April 1, 2007.

WHEREFORE, Defendant Match.com respectfully requests a 13-day extension of time, to and including April 1, 2007, to file its responsive pleading to Plaintiff's Complaint.

Dated:  March 19, 2007                                **MATCH.COM**, Defendant

                                                By:   s/Elizabeth Barry
                                                       One of its Attorneys

Craig A. Varga
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Elizabeth Barry, an attorney, hereby certifies that a true and correct copy of the foregoing **Defendant Match.com's Motion For Extension of Time to File Responsive Pleading to Plaintiff's Complaint** was served electronically upon counsel of record:

**Stephanie Joy Felicetty**
sfelicetty@usebrinks.com, federalcourts@brinkshofer.com

**William H. Frankel**
wfrankel@usebrinks.com

**Frederick Christopher Laney**
laney@nshn.com

**Raymond Pardo Niro , Jr**
rnirojr@nshn.com

**Paul K. Vickrey**
vickrey@nshn.com

**Jason C. White**
jwhite@usebrinks.com

this 19th day of March, 2007.

The foregoing was also served upon by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage prepaid, this 19th day of March, 2007, on or before the hour of 5:00 p.m.

**John Nickelson**
**Chad C. Walters**
**Kevin J. Meek**
**Larry D. Carlson**
Baker Botts L.L.P.
2001 Ross Avenue
Suite 1100
Dallas, TX  75201

s/ Elizabeth Barry

3