IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPARK NETWORK SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 570 |
| | ) | |
| MATCH.COM, LP, eHARMONY.COM, | ) | Judge Gottschall |
| INC. AND YAHOO!, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   See Attached Certificate of Service

PLEASE TAKE NOTICE that I shall appear before the Honorable Joan B. Gottschall, or any judge sitting in her stead in Room 2325 of the United States District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, on Thursday, March 22, 2007, at 9:30 a.m., or as soon thereafter as the matter may be heard and then and there present the attached (Agreed) Defendant Match.com's Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint, a copy of which was previously served upon you.

Dated:  March 19, 2007                        Respectfully submitted,

                                              **MATCH.COM,** Defendant


                                              By: s/ Elizabeth Barry
                                                     One of their Attorneys

Craig A. Varga
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60606
(312) 341-9400

## **CERTIFICATE OF SERVICE**

Elizabeth Barry, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Motion** was served electronically via CM/ECF e-Filing upon:

**Stephanie Joy Felicetty**
sfelicetty@usebrinks.com, federalcourts@brinkshofer.com

**William H. Frankel**
wfrankel@usebrinks.com

**Frederick Christopher Laney**
laney@nshn.com

**Raymond Pardo Niro , Jr**
rnirojr@nshn.com

**Paul K. Vickrey**
vickrey@nshn.com

**Jason C. White**
jwhite@usebrinks.com

this 19th day of March, 2007.

The foregoing was also served upon by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage prepaid, this 19th day of March, 2007, on or before the hour of 5:00 p.m.

**John Nickelson**
**Chad C. Walters**
**Kevin J. Meek**
**Larry D. Carlson**
Baker Botts L.L.P.
2001 Ross Avenue
Suite 1100
Dallas, TX  75201

s/ Elizabeth Barry

2