## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **SPARK NETWORK SERVICES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07 CV 570** |
| | ) | |
| **MATCH.COM, LP, eHARMONY.COM,** | ) | **Judge Gottschall** |
| **INC. AND YAHOO!, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEFENDANT MATCH.COM's CORPORATE DISCLOSURE STATEMENT
### PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
### AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

Defendant Match.com is a publicly held company whose parent company is

IAC/InterActiveCorp ("IAC"). At present Liberty Media Corporation, a publicly held corporation,

and Legg Mason, Inc., a publicly held corporation, through certain of its direct or indirect

subsidiaries, each own more than 10% of IAC's common stock.

Dated:  Chicago, Illinois                    **MATCH.COM**, Defendant
   March 19, 2007


         By:   s/Elizabeth Barry
           One of its Attorneys


Craig A. Varga
Elizabeth Barry
Varga Berger Ledsky Hayes & Casey
A Professional Corporation
224 South Michigan Avenue - Suite 350
Chicago, Illinois   60604
(312) 341-9400

## CERTIFICATE OF SERVICE

Elizabeth Barry, an attorney, hereby certifies that a true and correct copy of the foregoing

**Defendant Match.com's Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 and**

**Northern  District of Illinois Local Rule 3.2** was served electronically upon counsel of record:

**Stephanie Joy Felicetty**
sfelicetty@usebrinks.com, federalcourts@brinkshofer.com

**William H. Frankel**
wfrankel@usebrinks.com

**Frederick Christopher Laney**
laney@nshn.com

**Raymond Pardo Niro , Jr**
rnirojr@nshn.com

**Paul K. Vickrey**
vickrey@nshn.com

**Jason C. White**
jwhite@usebrinks.com

this 19th day of March, 2007, on or before the hour of 5:00 p.m.

The foregoing was also served upon by placing same in the United States mail chute located

at 224 South Michigan Avenue, Chicago, Illinois 60604, properly addressed and postage prepaid, this

19th day of March, 2007, on or before the hour of 5:00 p.m.

**John Nickelson**
**Chad C. Walters**
**Kevin J. Meek**
**Larry D. Carlson**
Baker Botts L.L.P.
2001 Ross Avenue
Suite 1100
Dallas, TX  75201

s/ Elizabeth Barry