# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., | Case No. 07 CV 570 |
| Plaintiff, | Judge Joan B. Gottschall |
| v. | |
| MATCH.COM, LP, eHARMONY.COM, AND YAHOO!, INC., | |
| Defendants. | |
| eHARMONY.COM., | |
| Counterclaimant, | |
| v. | |
| SPARK NETWORK SERVICES, INC., | |
| Counter-Defendant. | |

## EHARMONY.COM'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2

eHarmony.com ("eHarmony") is a privately held company that has no parent corporations and no publicly held company owns 5% or more of eHarmony's stock.

OHS West:260200202.1

Dated: March 23, 2007

Respectfully submitted,

  s/ Jennifer M. Kurcz
Leif R. Sigmond, Jr. (ID No. 6204980)
S. Richard Carden (ID No. 6269504)
Jennifer M. Kurcz (ID No. 6279893)
McDonnell Boehnen Hulbert & Berghoff LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: (312) 913-0001
Fax: (312) 913-0002

Chris R. Ottenweller (*pro hac vice* pending)
Matthew J. Hult (*pro hac vice* pending)
Chester W. Day (*pro hac vice* pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
(650) 614-7400 (telephone)
(650) 614-7401 (facsimile)

**Attorneys for Defendant and Counterclaimant eHarmony.com.**

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2007, a true and correct copy of the foregoing EHARMONY.COM'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2 was filed electronically with the Clerk of Court and caused to be served via the Court's electronic filing system on:

Paul K. Vickrey
vickrey@nshn.com
Raymond P. Niro, Jr.
rnirojr@nshn.com
Frederick C. Laney
laney@nshn.com
Niro, Scavone, Haller & Niro
181 W. Madison Stree—Suite 4600
Chicago, IL 60602-4515
Telephone: 312-236-0733
Fax: 312-236-3137
*Counsel for Plaintiff SNS*

Craig Allen Varga
cvarga@vblhc.com
Elizabeth Barry
ebarry@vblhc.com
Varga, Berger, Ledsky, Hayes & Casey
224 South Michigan Avenue
Suite 350
Chicago, IL 60604
(312) 341-9400
*Counsel for Defendant Match.com LP*

William H. Frankel
wfrankel@usebrinks.com
Jason C. White
jwhite@usebrinks.com
Stephanie Joy Felicetty
sfelicetty@usebrinks.com
Brinks, Hofer, Gilson & Lione
455 North Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611-5599
(312) 321-4200
*Counsel for Defendant Yahoo!, Inc.*

                                             _____s/ Jennifer M. Kurcz_____
                                             One of the Attorneys for eHarmony.com

OHS West:260200202.1