# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., ) | |
| ) | Civil Action No.  07 cv 570 |
| Plaintiff, ) | |
| ) | |
| v. ) | Honorable Joan B. Gottschall |
| ) | |
| MATCH.COM, LP, eHARMONY.COM, INC. ) | Magistrate Judge Nan R. Nolan |
| AND YAHOO!, INC. ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

### YAHOO'S DISCLOSURE STATEMENT PURSUANT TO NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to United States District Court for the Northern District of Illinois Local Rule 3.2 and Federal Rule of Civil Procedure 7.1, defendant Yahoo!, Inc. ("Yahoo"), states that it has no parent and no entity owns more than 5% of Yahoo.

Dated:  March 23, 2007        s/Jason C. White
                              William H. Frankel
                              Jason C. White
                              Stephanie J. Felicetty
                              Brinks Hofer Gilson & Lione
                              NBC Tower - Suite 3600
                              455 N. Cityfront Plaza Drive
                              Chicago, IL 60611
                              Telephone:  (312) 321-4200
                              Fax:  (312) 321-4299

                              *Attorneys for Defendant Yahoo!, Inc.*