## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing YAHOO'S DISCLOSURE STATEMENT PURSUANT TO NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 is being served on the 23nd day of March 2007, to the following attorney of record in the manner indicated.

Via filing with the Clerk of the Court using the Case Management/Electronic Case Filing ("CM/ECF") system:

**Paul K. Vickrey**
(Email: vickrey@nshn.com)
**Frederick Christopher Laney**
(Email: laney@nshn.com)
**Raymond Pardo Niro, Jr.**
(Email: rnirojr@nshn.com)
Niro, Scavone, Haller & Niro, Ltd.
181 West Madison Street
Suite 4600
Chicago, IL 60602
(312) 236-0733

*Attorneys for Plaintiff*
*Spark Network Services, Inc.*

**Leif R. Sigmond , Jr**
(Email: sigmond@mbhb.com)
**S. Richard Carden**
(Email: carden@mbhb.com)
**Jennifer M. Kurcz**
(Email: kurcz@mbhb.com)
McDonnell Boehnen Hulbert & Berghoff
300 S. Wacker Drive
Chicago, IL 60606
(312) 913-0001

*Attorneys for Defendant eHarmony.com*

**Craig Allen Varga**
(Email: cvarga@vblhc.com)
**Elizabeth Barry**
(Email: ebarry@vblhc.com)
Varga Berger Ledsky Hayes & Casey
224 S. Michigan Avenue
Suite 350
Chicago, IL 60604
(312) 341-9400

*Attorneys for Defendant Match.com*

/s/   Jason C. White
BRINKS HOFER GILSON & LIONE