# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Spark Network Services, Inc.

                              Plaintiff,

v.                                                                                         Case No.: 1:07−cv−00570
                                                               Honorable Joan B. Gottschall

Match.Com, LP, et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 22, 2007:

      MINUTE entry before Judge Joan B. Gottschall :Agreed motion by Defendant, Match.Com's for extension of time to file responsive pleading to Plaintiff's complaint by 4/1/2007 [18] is granted.Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.