# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Spark Network Services, Inc.

                          Plaintiff,

v.                                          Case No.: 1:07−cv−00570
                                          Honorable Joan B. Gottschall

Match.Com, LP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 28, 2007:

      MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 3/28/2007. Status hearing set for 5/2/2007 at 09:30 AM. Rule 26(a)(1) disclosures shall be exchanged by 4/18/2007.Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.