## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM



NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07-CV-570 |
|---|---|
| Spark Network Services, Inc. v. Match.com, LP, eHarmony.com., Inc., and Yahoo!, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

eHarmony.com

| NAME (Type or print) |
|---|
| Robert E. Freitas |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Robert E. Freitas |
| FIRM |
| Orrick, Herrington & Sutcliffe LLP |
| STREET ADDRESS |
| 1000 Marsh Road |
| CITY/STATE/ZIP |
| Menlo Park, CA 94025 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
|  | (650) 614-7400 |

FILED
APR 11 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐