IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., ) | |
| ) | Civil Action No. 07 CV 570 |
| Plaintiff, ) | |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| MATCH.COM, LP, eHARMONY.COM., ) | |
| INC. AND YAHOO!, INC. ) | |
| ) | |
| Defendants, ) | |

**SPARK NETWORKS SERVICES, INC.'S REPLY
TO COUNTERCLAIMS OF DEFENDANT, MATCH.COM**

Spark Networks Services, Inc. ("Spark"), for its Answer to the Counterclaim of Match.com, states as follows:

1. Match.com incorporates by reference all of the allegation and averments of the preceding Answer from paragraphs 1 to 17.

**RESPONSE:** Spark does not respond to this Paragraph, except that it denies Match.com's denial of infringement.

2. Match.com is a Delaware limited partnership with its principal place of business is located at 8300 Douglas Avenue, Dallas, Texas, 75225.

**RESPONSE:** Admitted

3. This counterclaim arises under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201-02, and the patent laws of the United States set forth in Title 35 of the United States Code and in Title 37 of the Code of Federal Regulations.

**RESPONSE:** Admitted.

4. This Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(b). This Court has personal jurisdiction over Plaintiff.

**RESPONSE:**       Admitted.


5.      Plaintiff filed the Complaint against Match.com for infringement of the '467 Patent.  Accordingly, an actual justiciable case or controversy exists between Plaintiff and Match.com.

**RESPONSE:**       Admitted.


6.      Match.com has not infringed any valid claim of the '467 Patent.

**RESPONSE:**       Denied.

7.      The claims of the '467 Patent are invalid for failure to comply with the requirements of Title 35 of the United States Code.

**RESPONSE:**       Denied.


/s/ Paul K. Vickrey
Paul K. Vickrey
Raymond P. Niro, Jr.
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois  60602
(312) 236-0733


**Attorneys for Plaintiff, SPARK NETWORK SERVICES, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **SPARK NETWORKS SERVICES, INC.'S REPLY TO COUNTERCLAIMS OF DEFENDANT, MATCH.COM,** was served electronically upon the following parties on this 19th day of April:

Jason C. White
Stephanie J. Felicetty
William H. Frankel
Brinks Hofer Gilson & Lione
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL  60611
(312) 321-4225
**Attorneys for Yahoo!**

Larry D. Carlson
Kevin J. Meek
Chad C. Walters
John C. Nickelson
Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas  75201
214-953-6525
Fax:  214-661-4525
**Attorneys for Match.com**

Chester Day
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA  94025
650-614-7400
Fax 650-614-7401

Leif R. Sigmond, Jr.
Jennifer M. Kurcz
S. Richard Carden
McDonnell Boehnen Hulbert & Berghoff LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL  60606
312-913-0001
**Attorneys for eHarmony**

　　　　　/s/ Paul K. Vickrey