**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Spark Network Services, Inc.
                      Plaintiff,

v.                                       Case No.: 1:07−cv−00570
                                       Honorable Joan B. Gottschall

Match.Com, LP, et al.
                      Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Nan R. Nolan for the purpose of holding proceedings related to: discovery supervision and settlement conference.(rj, )Mailed notice.

Dated: May 2, 2007

                                                        /s/ Joan B. Gottschall

                                                    United States District Judge