IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., | ) ) ) |
| Plaintiff, | ) Civil Action No. 07 CV 0570 ) ) |
| v. | ) Hon. Judge Joan B. Gottschall ) Magistrate Judge Nolan |
| MATCH.COM, L.P., eHARMONY.COM., INC. AND YAHOO!, INC | ) ) ) **JURY TRIAL DEMANDED** |
| Defendants. | ) ) |

## AMENDED JOINT RULE 26(F) REPORT

**1.    Meeting.**  Pursuant to this Court's Order of February 26, 2007, the Local Rules and Rule 26(f), Fed.R.Civ.P., a meeting was held on March 23, 2007, and was participated in by:

   A.    On behalf of Plaintiffs Spark Network Services, Inc. ("Plaintiff"): Frederick C. Laney, Esq., of Niro, Scavone, Haller & Niro.

   B.    On behalf of Defendant Match.com, L.P., Larry D. Carlson and Chad Walters, Esqs., of Baker Botts L.L.P.

   C.    On behalf of Defendant eHarmony.com, Inc., Matthew J. Hult, Esq. of Orrick, Herrington & Sutcliffe L.L.P.

   D.    On behalf of Defendant Yahoo!, Inc., Jason White, Esq. of Brinks, Hofer Gilson & Lione.

The parties discussed the nature of and bases for their claims and defenses, as well as the possibilities for a prompt settlement, and developed the following proposed discovery plan.

1

**2.** **Pre-Discovery Disclosures.** The parties will exchange by **April 18, 2007** the information required by Rule 26(a)(1), Fed.R.Civ.P.

**3.** **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

A. Discovery will be needed on at least the following subjects: patent validity, patent infringement, damages, willfulness, enforceability, and any other defenses pleaded by defendants.

B. All fact discovery commenced in time to be completed by **February 15, 2008**. All expert discovery commenced in time to be completed by **May 9, 2008**.

C. Plaintiff is allowed twenty depositions, and Defendants collectively are allowed twenty depositions. Otherwise the limitations of the Federal Rules of Civil Procedure shall govern depositions, interrogatories and all other discovery, absent further agreement of the parties or leave of Court.

D. Reports from retained experts under Rule 26(a)(2): Initial reports from party bearing burden of proof in issue due on the later of **March 14, 2008,** or thirty days after the Court's claim construction ruling. Rebuttal expert reports due thirty days after initial reports.

**4.** **Claim construction.** The parties have agreed to the following process for claim construction.

A. By August 1, 2007, the parties shall exchange a list of terms from the asserted claims, Claims 1, 2, 8, 9, and 20 of U.S. Patent No, 6,272,467 B1, that they contend require construction by the Court.

B. By August 22, 2007, the parties shall: (1) exchange proposed

constructions for all terms identified by all parties as requiring construction, (2) identify all extrinsic evidence that each party contends supports its proposed constructions, and (3) identify all fact or expert witnesses each party may call to testify at a claim construction hearing, providing a report of each such expert on claim construction issues.  If any party identifies an expert witness, the other parties shall have fourteen days to identify a rebuttal expert witness and provide a report of that expert.  If a party contends that a term does not require construction, but instead should be accorded its ordinary meaning, the party shall state what it contends that ordinary meaning is.

C.     By September 19, 2007, all depositions of fact and expert witnesses identified for claim construction shall have been taken.  These depositions shall be limited to background of the witness and claim construction issues and shall not count against deposition limits.

D.     By October 5, 2007, the parties shall file a Joint Claim Construction statement that contains a list of all terms identified by all parties as requiring construction, each party's proposed construction of each term together with an identification of all references from the specification or prosecution history that support each construction, and all extrinsic evidence offered by any party in support of its proposed claim constructions or in opposition to any other party's proposed constructions.

E.     By November 1, 2007, the parties shall file opening briefs on claim construction limited to twenty-five pages.

F.     By November 22, 2007, the parties shall file response briefs on claim

construction limited to fifteen pages.

G. The parties shall thereafter make themselves available for a claim construction hearing, and if desired by the Court, a technology tutorial, to be scheduled at the Court's convenience.

5. **Other items.**

A. The case does not require reference to the procedures set forth in the Manual on Complex Litigation.

B. The parties should be allowed until **August 30, 2007** to join additional parties and to amend the pleadings. At this time, the parties cannot reasonably predict the likelihood of the appearance of additional parties.

C. Since discovery has not yet been initiated, the parties do not have a firm understanding as to which, if any, issues may be determined by motion. However, the parties believe that it is likely that some issues may be appropriate for resolution by motion. Thus, the parties propose that all dispositive or partially dispositive motions shall be filed by **June 1, 2008**.

D. The parties defer to the Court to set a pretrial conference and trial date. A jury trial has been demanded.

E. The parties have discussed the issue of discovery of electronically stored information and have agreed to have further discussions on this issue. Depending upon the type and scope of discovery requests served in this case, the parties may have a substantial volume of electronic documents that could be relevant. As such, the parties may seek the entry of one or more protective orders directed to the search for and production of electronically stored

4

information, including but not limited to, source code and email.

Dated:  May 14, 2007

Respectfully submitted,

| | |
|---|---|
| /s/ Paul K. Vickrey<br>Paul K. Vickrey<br>Raymond P. Niro, Jr.<br>Frederick C. Laney<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br><br>**Attorneys for Plaintiff, Spark Networks Services, Inc.** | /s/ Willliam C. Frankel<br>William H. Frankel<br>Jason C. White<br>Stephanie J. Felicetty<br>BRINKS HOFER GILSON & LIONE<br>NBC TOWER – SUITE 3600<br>455 North Cityfront Plaza Drive<br>Chicago, IL 60611<br>(312) 321-4225<br><br>**Attorneys for Defendant, Yahoo!, Inc.** |
| /s/ Craig A. Varga<br>Craig A. Varga<br>Elizabeth Barry<br>VARGA BERGER LEDSKY HAYES & CASEY<br>A Professional Corporation<br>224 South Michigan Avenue, Suite 350<br>Chicago, Illinois  60604<br>(312) 341-9400<br><br>Larry D. Carlson<br>Kevin J. Meek<br>Chad C. Walters<br>John C. Nickelson<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, Texas 75201<br>(214) 953-6525<br><br>**Attorneys for Defendant, Match.com, L.P.** | /s/ Matthew J. Hult<br>Matthew J. Hult<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7401<br><br>Leif R. Sigmond, Jr.<br>Jennifer M. Kurcz<br>S. Richard Carden<br>MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP<br>300 South Wacker Drive, Suite 3200<br>Chicago, IL 60606<br>(312) 913-0001<br><br>**Attorneys for Defendant, eHarmony.com** |

## **CERTIFICATE OF SERVICE**

Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the foregoing **Amended Joint Rule 26(F) Report** was served electronically via CM/ECF e-Filing upon:

Paul K. Vickrey (vickrey@nshn.com)

Frederick Christopher Laney (laney@nshn.com)

Raymond Pardo Niro, Jr. (rnirojr@nshn.com)

Chad C. Walters (chad.walters@bakerbotts.com)

John C. Nickelson (john.nickelson@bakerbotts.com)

Kevin J. Meek (Kevin.meek@bakerbotts.com)

Larry D. Carlson (larry.carlson@bakerbotts.com)

Chester Day (cday@orrick.com)

Chris R. Ottenweller (cottenweller@orrick.com)

Jennifer M. Kurcz (kurcz@mbhb.com)

Leif R. Sigmond, Jr. (sigmond@mbhb.com)

Matthew J. Hult (matthult@orrick.com)

Robert E. Freitas (rfreitas@orrick.com)

S. Richard Carden (carden@mbhb.com)

Jason C. White (jwhite@usebrinks.com)

William H. Frankel (wfrankel@usebrinks.com)

Stephanie Joy Felicetty (sfelicetty@usebrinks.com)

this 14th day of May, 2007.

                                                s/ Craig A. Varga