FILED
JULY 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 07CV570

Spark Network Services v. Match.com, LP, eHarmony.com and Yahoo!.com

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

eHarmony.com, Inc., Defendant

RECEIVED
JUN 2 8 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Sugithra Somasekar |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Sugithra S. |
| FIRM | Orrick, Herrington & Sutcliffe LLP |
| STREET ADDRESS | 1000 Marsh Road, Menlo Park, California 94025 |
| CITY/STATE/ZIP | Menlo Park |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER (650) 614-7400 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐