## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Spark Network Services, Inc.

                        Plaintiff,

v.                                                  Case No.: 1:07−cv−00570

                                                Honorable Joan B. Gottschall

Match.Com, LP, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, August 7, 2007:


      MINUTE entry before Judge Nan R. Nolan :Magistrate Judge Status hearing held on 8/7/2007 and continued to 8/22/2007 at 09:30 AM. Parties are to file a status report by 08/21/07 regarding the discovery issues discussed in open court. Out−of−town counsel are granted leave to participate telephonically. Counsel should provide this Court a direct dial number where the Court can initiate the status call.Mailed notice(lxs, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.