## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Spark Network Services, Inc.

                          Plaintiff,

v.                                      Case No.: 1:07−cv−00570
                                        Honorable Joan B. Gottschall

Match.Com, LP, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 22, 2007:

      MINUTE entry before Judge Nan R. Nolan :Status hearing held on 08/22/2007 outlining 4 remaining issues regarding protective order. Parties agreed as to issues 3 & 4 as out−lined in open Court. Counsel are directed to meet and confer to make an attempt to resolve issues 1 & 2 of the protective order. Counsel are directed to file with this chambers by 09/18/2007 a status report regarding the meet and confer. A copy of the protective order to be e−mailed to the following address: www.margaret_lipman@ilnd.uscourts.gov. Status hearing set for 09/20/07 at 10:30 a.m. Out−of−town counsel are given leave to participate telephonically. Counsel to contact Judge Nolan's courtroom deputy with contact number at (312) 435−5833, one day prior to the status.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.