# BAKER BOTTS LLP

2001 ROSS AVENUE
DALLAS, TEXAS
75201-2980

TEL +1 214.953.6500
FAX +1 214.953.6503
www.bakerbotts.com

AUSTIN
**DALLAS**
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

October 5, 2007

Larry D. Carlson
TEL +1 214.953.6525
FAX +1 214.661.4525
larry.carlson@bakerbotts.com

Mr. Richard J. Idell
Idell & Seitel, LLP
465 California Street, Suite 300
San Francisco, CA 94104

**BY E-MAIL (.PDF FORMAT)**

Re: *Spark Network Services, Inc. v. Match.com, L.P., et al.*; Civil Action No. 1:07-cv-00570; in the United States District Court for the Northern District of Illinois

Dear Richard:

I have a proposal that should allow for the production by Gary Kremen of his documents relating to Match.com, Match.com's predecessor companies, and Spark Network Services, including the fourteen boxes of documents that Mr. Kremen reviewed at Spark's request, without further controversy. We will agree to pay $2,500.00 toward the cost of getting the documents shipped to your office and assembled for inspection by us. With respect to the privilege issue, Magistrate Judge Nan Nolan has agreed to enter an Order in this case containing a claw back provision that would require the return of any privileged documents inadvertently produced. That Order should obviate the need for a privilege review, thereby mooting the privilege review cost issue.

Please let me know if these terms are acceptable to you and Mr. Kremen so that you and I can promptly arrange for our inspection of these documents.

Sincerely,

Larry D. Carlson

LDC:jr

cc: Raymond P. Niro, Jr. (by e-mail)