IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MATCH.COM, LP, eHARMONY.COM., INC. and YAHOO!, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-00570 |

**AGREED MOTION FOR ENTRY OF STIPULATION AND
[PROPOSED] ORDER OF DISMISSAL BETWEEN SPARK AND YAHOO**

Plaintiff, Spark Network Services, Inc., and Defendant, Yahoo!, Inc., have entered into a Settlement Agreement. On the basis of the settlement reached, Spark and Yahoo request that the Court enter the Stipulation and [Proposed] Order of Dismissal which has been executed by their counsel and is attached as Exhibit 1.

Spark has not released, and nothing in this Motion or the attached Stipulation and [Proposed] Order shall be construed as a release or discharge of, any claim Spark has made against or may have in the future against Defendants Match.com, LP and eHarmony.com, Inc. All such rights have been and are expressly reserved by Spark.

Respectfully submitted,

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. | /s/ Jason C. White |
| Paul K. Vickrey | *signed with permission* |
| Raymond P. Niro, Jr. | Jason C. White |
| Frederick C. Laney | Stephanie J. Felicetty |
| NIRO, SCAVONE, HALLER & NIRO | William H. Frankel |
| 181 West Madison Street, Suite 4600 | BRINKS HOFER GILSON & LIONE |
| Chicago, IL 60602 | NBC Tower – Suite 3600 |
| (312) 236-0733 | 455 North Cityfront Plaza Drive |
| Fax: (312) 236-3137 | Chicago, IL 60611 |
| vickrey@nshn.com; rnirojr@nshn.com; | (312) 321-4225 |
| laney@nshn.com | jwhite@usebrinks.com; |
| | wfrankel@usebrinks.com; |
| | sfelicetty@usebrinks.com |
| Attorneys for Plaintiff, | |
| Spark Networks Services, Inc. | Attorneys for Defendant, |
| | Yahoo!, Inc. |