IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC. | Civil Action No. 1:07-cv-00570 |
| Plaintiff, | |
| v. | |
| MATCH.COM, LP, eHARMONY.COM., INC. and YAHOO!, INC., | |
| Defendants. | |

## STIPULATATION AND [PROPOSED] ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED** by and between Plaintiff Spark Network Services, Inc. ("Spark"), and Defendant Yahoo!, Inc. ("Yahoo") that Spark and Yahoo have agreed to a compromise and settlement of the above-captioned action (this "Civil Action") and all claims, defenses and counterclaims that were or could have been brought in this action.   The parties also expressly consent to the reservation of jurisdiction over this Civil Action by this Court for the purpose of enforcing the terms of the settlement agreement between the parties effective as of September 12, 2007 (the "Settlement Agreement") pursuant to which Spark and Yahoo agreed to dismiss this Civil Action with prejudice.  Each party agrees to bear its own costs.

**WHEREFORE**, with the consent of Spark and Yahoo, through their undersigned attorneys, it is hereby **ORDERED, ADJUDGED, and DECREED** that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

1.      All claims, defenses and/or counterclaims that were or could have been made by and between Spark and Yahoo relating to this Civil Action are hereby dismissed with prejudice.

2.      Spark has not released, and nothing in this Order shall be construed as a release or discharge of, any claim Spark has made against or may have in the future against Defendants

Match.com, LP and eHarmony.com, Inc.  All such rights have been and are expressly reserved by Spark.

      3.      Spark and Yahoo shall each bear its own costs and attorneys' fees.

      4.      This Court retains jurisdiction over Spark and Yahoo for the purpose of enforcing the Settlement Agreement between them relating to this Civil Action or any action relating to the enforcement of this Order.

SO ORDERED:

ENTERED:_____

                              _____
                                  United States District Judge

AGREED TO:

_____/s/ Raymond P. Niro, Jr._____        _____/s/ Jason C. White_____
Paul K. Vickrey                                                        *signed with permission*
Raymond P. Niro, Jr.                                               Jason C. White
Frederick C. Laney                                                  Stephanie J. Felicetty
NIRO, SCAVONE, HALLER & NIRO                     William H. Frankel
181 West Madison Street, Suite 4600                     BRINKS HOFER GILSON & LIONE
Chicago, IL 60602                                                   NBC Tower – Suite 3600
(312) 236-0733                                                       455 North Cityfront Plaza Drive
Fax: (312) 236-3137                                               Chicago, IL 60611
vickrey@nshn.com; rnirojr@nshn.com;              (312) 321-4225
laney@nshn.com                                                      jwhite@usebrinks.com;
                                                                              wfrankel@usebrinks.com;
Attorneys for Plaintiff,                                             sfelicetty@usebrinks.com
Spark Networks Services, Inc.
                                                                              Attorneys for Defendant,
                                                                              Yahoo!, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I caused the foregoing STIPULATATION AND [PROPOSED] ORDER OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel listed above and:

*Counsel for Match.com*

Craig A. Varga
Elizabeth Barry
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL  60604
(312) 341-9400
Fax:  (312) 341-2900
cvarga@vblhc.com
ebarry@vblhc.com

Larry D. Carlson
Kevin J. Meek
Chad C. Walters
John C. Nickelson
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX  75201
(214) 953-6500
Fax:  (214) 953-6503
larry.carlson@bakerbotts.com
chad.walters@bakerbotts.com
john.nickelson@bakerbotts.com
kevin.meek@bakerbotts.com

*Counsel for eHarmony.com*

Leif R. Sigmond, Jr.
S. Richard Carden
Jennifer M. Kurcz
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL  60606
(312) 913-0001
Fax: (312) 913-0002
sigmond@mbhm.com
kurcz@mbhb.com
carden@mbhb.com

Matthew J. Hult
Chris R. Ottenweller
Robert E. Freitas
Chester Day
Sugithra Somasekar
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025
(650) 614-7400
Fax:  (650) 614-7401
cday@orrick.com
cottenweller@orrick.com
matthult@orrick.com
rfreitas@orrick.com

Amy Beckman
ORRICK, HARRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
(212) 506-5000
Fax:  (212) 506-5151
abeckman@orrick.com

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____/s/ Raymond P. Niro, Jr._____
Attorney for Spark