IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MATCH.COM, LP, eHARMONY.COM., INC. and YAHOO!, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-00570 |

# NOTICE OF AGREED MOTION

I hereby certify that on October 23, 2007, I caused the following documents:

- Notice of Agreed Motion

- Agreed Motion for Entry of Stipulation and [Proposed] Order of Dismissal

- Stipulation and [Proposed] Order of Dismissal.

and this Certificate of Service to be electronically filed with the Clerk of the Court using the

CM/ECF system which will send notification of such filing to:

*Counsel for Yahoo*
Jason C. White
Stephanie J. Felicetty
William H. Frankel
BRINKS HOFER GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
(312) 321-4225
jwhite@usebrinks.com;
wfrankel@usebrinks.com;
sfelicetty@usebrinks.com

*Counsel for Match.com*
Craig A. Varga
Elizabeth Barry
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-9400

*Counsel for eHarmony.com*
Leif R. Sigmond, Jr.
S. Richard Carden
Jennifer M. Kurcz
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
sigmond@mbhm.com
kurcz@mbhb.com
carden@mbhb.com

Matthew J. Hult
Chris R. Ottenweller
Robert E. Freitas
Chester Day
Sugithra Somasekar

| | |
|---|---|
| Fax: (312) 341-2900<br>cvarga@vblhc.com<br>ebarry@vblhc.com | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7400 |
| Larry D. Carlson<br>Kevin J. Meek<br>Chad C. Walters<br>John C. Nickelson<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>(214) 953-6500<br>Fax: (214) 953-6503<br>larry.carlson@bakerbotts.com<br>chad.walters@bakerbotts.com<br>john.nickelson@bakerbotts.com<br>kevin.meek@bakerbotts.com | Fax: (650) 614-7401<br>cday@orrick.com<br>cottenweller@orrick.com<br>matthult@orrick.com<br>rfreitas@orrick.com<br><br>Amy Beckman<br>ORRICK, HARRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>(212) 506-5000<br>Fax: (212) 506-5151<br>abeckman@orrick.com |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

      /s/ Raymond P. Niro, Jr.
Paul K. Vickrey
Raymond P. Niro, Jr.
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137
vickrey@nshn.com; rnirojr@nshn.com;
laney@nshn.com

Attorneys for Plaintiff,
Spark Networks Services, Inc.