IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC. | Civil Action No. 1:07-cv-00570 |
| Plaintiff, | |
| v. | |
| MATCH.COM, LP, eHARMONY.COM., INC. and YAHOO!, INC., | |
| Defendants. | |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE THAT on Thursday, November 1, 2007 at 9:30 a.m. the below listed parties will appear, if necessary, before the Honorable Judge Gottschall in Courtroom 2325 and present the Agreed Motion for Entry of Stipulation and [Proposed] Order of Dismissal submitted herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. | /s/ Jason C. White |
| Paul K. Vickrey | *signed with permission* |
| Raymond P. Niro, Jr. | Jason C. White |
| Frederick C. Laney | Stephanie J. Felicetty |
| NIRO, SCAVONE, HALLER & NIRO | William H. Frankel |
| 181 West Madison Street, Suite 4600 | BRINKS HOFER GILSON & LIONE |
| Chicago, IL 60602 | NBC Tower – Suite 3600 |
| (312) 236-0733 | 455 North Cityfront Plaza Drive |
| Fax: (312) 236-3137 | Chicago, IL 60611 |
| vickrey@nshn.com; rnirojr@nshn.com; laney@nshn.com | (312) 321-4225 |
| | jwhite@usebrinks.com; wfrankel@usebrinks.com; sfelicetty@usebrinks.com |
| Attorneys for Plaintiff, Spark Networks Services, Inc. | Attorneys for Defendant, Yahoo!, Inc. |