Spark Network Services, Inc. v. Match.Com, LP et al
Case 1:07-cv-00570    Document 64    Filed 10/23/2007    Page 1 of 1
Doc. 64

# Transcripts Are Not Imaged

# See Original Document in

# Files Department

Dockets.Justia.com