## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Spark Network Services, Inc.

                                    Plaintiff,

v.                                                  Case No.: 1:07−cv−00570
                                                    Honorable Joan B. Gottschall

Match.Com, LP, et al.

                                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, October 25, 2007:


        MINUTE entry before Judge Nan R. Nolan :Status hearing held and continued to
11/07/07 at 9:00 a.m. Counsel are directed to meet and confer to attempt any resolution
regarding the out−standing discovery issues discussed in open court. Counsel to file in
chambers by 11/05/07, a status report out−lining any unresolved discovery issues.Mailed
notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

Dockets.Justia.com