Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 570 | **DATE** | 10/30/2007 |
| **CASE TITLE** | Spark Network Services, Inc. v. Match.com et al | | |

**DOCKET ENTRY TEXT**

Agreed motion for entry of stipulation and order of dismissal between Spark and Yahoo [62] is granted. Enter Stipulation and Order of Dismissal. It is hereby ordered that pursuant to Rule 41(a)(1)(ii) of the FRCP, all claims, defenses and/or counterclaims that were or could have been made by and between Spark Network Services, Inc. and Defendant, Yahoo!, Inc. relating to this civil action are dismissed with prejudice. Spark and Yahoo shall each bear its own costs and attorneys' fees. This court retains jurisdiction for the purpose of enforcing the Settlement Agreement between them relating to this civil action or any action relating to the enforcement of this Order.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | RJ |
|---|---|---|

07C1150 EEOC vs. Glaziers, Architectural Metal and Glass Workers, Local 27 — Page 1 of 1

Dockets.Justia.com