# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Spark Network Services, Inc.

                        Plaintiff,

v.                                        Case No.: 1:07−cv−00570
                                        Honorable Joan B. Gottschall

Match.Com, LP, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

      MINUTE entry before Judge Nan R. Nolan :Minute order entry [71] is amended to include the following: All production of documents out−lined in open Court to completed by 01/15/08. Joint status report out−lining any unresolved discovery issues to be filed with chambers no later than 01/04/08.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.