IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC., ) | |
| ) | Civil Action No. 1:07-CV-570 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| MATCH.COM, LP, et al. ) | Judge Joan B. Gottschall |
| ) | Magistrate Judge Nan R. Nolan |
| Defendants, ) | |

## PLENTYOFFISH MEDIA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE FOR FAILURE TO STATE A CLAIM

Pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, defendant Plentyoffish Media, Inc. ("Plentyoffish"), hereby moves the Court to dismiss plaintiff Spark Network Services's ("Plaintiff") amended complaint on the basis that this court does not have personal jurisdiction over Plentyoffish.

First, Plentyoffish is a Canadian company, is not domiciled in Illinois and does not have continuous and systematic general business contacts with Illinois. Consequently there cannot be general personal jurisdiction over the Defendant Helicopteros Nacionales de Colombia. S.A. v. Hall, 466 U.S. 408, 414-16, 104 S.Ct. 1868, 80 L.Ed.2d 404 (1984).

Second, there can be no specific personal jurisdiction over defendant Plentyoffish in that: (1) Plentyoffish has not purposefully availed themselves of the privilege of doing business within the state of Illinois; (2) plaintiff's alleged harms do not arise specifically from any forum-related activities of Plentyoffish; and (3) that an exercise of personal jurisdiction over the Defendant in this action would not comport with the due process clause or notions of fair play and substantial justice.

In the alternative, Plentyoffish moves to dismiss the Complaint, without leave to amend, because the Plaintiff has failed to state a claim upon which relief can be granted and any amendment to the Complaint would be futile.

First, plaintiff's complaint against Plentyoffish accuses Plentyoffish of "using the '467 claimed methods for automated two-way matching of selected traits and preferences for determining the users' compatibility."  Plaintiff's claims for infringement under 35 U.S.C. § 271(a) fail to state a claim as method claims must be performed within the United States in order to held to be infringing <u>NTP, Inc. v. Research in Motion, Ltd.</u>, 418 F.3d 1282 (Fed. Cir., 2005).

This motion is supported by the Memorandum in Support of Motion to Dismiss for Lack of Personal Jurisdiction, or in the Alternative, for Failure to State a Claim.

Defendant ask that the court make a ruling on this motion notwithstanding any stays pending a re-examination of the underlying patent in dispute.  The validity of the patent is not relevant to Defendant Plentyoffish's jurisdictional arguments.

DATED this 15th of January, 2008

                                                        Respectfully submitted,
                                                        Plentyoffish Media, Inc.

                                                        s/Christopher S. Hall/_____
                                                        Christopher S. Hall
                                                        Attorney for Plentyoffish Media, Inc.

Christopher Hall
CHRISTOPHER HALL & ASSOCIATES
1848 N Mohawk Street
Suite 2
Chicago, IL 60614
(312)-545-4355

# CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, a true and correct copy of the foregoing Motion to Dismiss for Lack of Personal Jurisdiction or, in the Alternative, for Failure to State a Claim was filed electronically with the Clerk of the Court and caused to be served by the Court's electronic filing system on all attorneys of record via electronic mail or other electronic means.

DATED this 15th of January, 2008

                                                Respectfully submitted,
                                                Plentyoffish Media, Inc.

                                                s/Christopher S. Hall/_____
                                                Christopher S. Hall
                                                Attorney for Plentyoffish Media, Inc.

Christopher Hall
CHRISTOPHER HALL & ASSOCIATES
1848 N Mohawk Street
Suite 2
Chicago, IL 60614
(312)-545-4355