IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SPARK NETWORK SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07 C 570 |
| | ) | |
| MATCH.COM, L.P., eHARMONY.COM., | ) | Judge Joan B. Gottschall |
| INC., YAHOO!, INC., VARIOUS, INC., | ) | Magistrate Judge Nan R. Nolan |
| TRUE BEGINNINGS, LLC, PERFECT | ) | |
| MATCH LLC, PLENTYOFFISH MEDIA, | ) | |
| INC. and SPARK NETWORKS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PATENT OFFICE GRANT OF
## REQUEST FOR REEXAMINATION OF THE PATENT-IN-SUIT

Defendant Match.Com, L.P. hereby spreads of record and notifies the assigned judges

and all counsel of the fact that, on January 28, 2008, the United States Patent and Trademark

Office (the "PTO") granted the request for reexamination of the patent-in-suit identified in

Defendants' Motion to Stay and accompanying Memorandum in Support (filed January 7, 2008).

A copy of the PTO order granting the reexamination request is attached hereto as Exhibit A

Dated: February 6, 2008    Respectfully submitted,


        **MATCH.COM, L.P., Defendant**


        **By:s/ Craig A. Varga**
         **One of its Attorneys**


Craig A. Varga
VARGA BERGER LEDSKY HAYES & CASEY
A Professional Corporation
224 South Michigan Avenue
Suite 350
Chicago, Illinois  60604
Telephone:  (312) 341-9400
Facsimile:  (312) 341-2900

Larry D. Carlson (admitted pro hac)
Kevin J. Meek (admitted pro hac)
Chad C. Walters  (admitted pro hac)
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
Telephone:  (214) 953-6525

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of

Patent Office Grant of Request for Reexamination of the Patent-in-Suit was served electronically

via CM/ECF e-Filing upon:

Paul K. Vickrey (Vickrey@nshn.com)
Frederick Christopher Laney (laney@nshn.com)
Raymond Pardo Niro, Jr. (rnirojr@nshn.com)
Chester Day (cday@orrick.com)
Chris R. Ottenweller (cottenweller@orrick.com)
Jennifer M. Kurez (kurez@mbhb.com)
Leif R. Sigmond, Jr. (sigmond@mbhb.com)
Matthew J. Hult (matthult@orrick.com)
Richard S. Swope (rswope@orrick.com)
Robert E. Freitas (rfreitas@orrick.com)
S. Richard Carden (carden@mbhb.com)
Sugithra Somasekar (ssomasekar@orrick.com)
Jason C. White (jwhite@usebrinks.com)
William H. Frankel (wfrankel@usebrinks.com)
Stephanie Joy Felicetty (sfelicetty@usebrinks.com)
Lesley Gayle Smith (lgsmith@sw.com)
Todd H. Flaming (flaming@sw.com)
Michael Adam Dorfman (Michael.Dorfman@kattenlaw.com)
Sharyn Marie Castle (sharyn.procaccio@kattenlaw.com)
Timothy J. Vezeau (timothy.verzeau@kattenlaw.com)
Christopher S. Hall (chrishall@halliplaw.com)
Steven P. Mandell (smandell@mandellmenkes.com)
Keith E. Allen (kallen@mandellmenkes.com)
Stephen J. Rosenfeld (srosenfeld@mandellmenkes.com)
Eric Jonathan Mersmann (emersmann@nshn.com)

Further, Craig A. Varga, an attorney, hereby certifies that a true and correct copy of the

foregoing was served upon:

Ira P. Rothken
Rothken Law Firm
3 Hamilton Landing
Suite 224
Novato, California  94949-8248

Casey L. Griffith
Carstens & Cahoon L.L.P.
13760 Noel Road
Suite 900
Dallas, Texas  75240

David W. Carstens
Carstens & Cahoon L.L.P.
13760 Noel Road
Suite 900
Dallas, Texas  75240

Dalila Argaez Wendlandt
Ropes & Gray, LLP
One International Place
Boston, Massachusetts  02110

Laurence S. Rogers
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704

by placing same in the United States mail chute located at 224 South Michigan Avenue, Chicago,

Illinois 60604, properly addressed and postage fully prepaid, this 6th day of February, 2008, on or

before the hour of 5:00 p.m.


                                          s/   Craig A. Varga