IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC.<br><br>Plaintiff,<br><br>v.<br><br>MATCH.COM, LP, eHARMONY.COM., INC., VARIOUS, INC., TRUEBEGINNINGS, LLC, PLENTYOFFISH MEDIA, INC. and SPARK NETWORKS, INC.,<br><br>Defendants. | Civil Action No. 1:07-cv-00570 |

## STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT PLENTYOFFISH MEDIA, INC.

Pursuant to Rule 41(a), Fed.R.Civ.P., Plaintiff Spark Network Services, Inc. ("Spark") hereby voluntarily dismisses without prejudice its complaint against Defendant Plentyoffish Media, Inc. ("POF"). No rights are waived or voluntarily dismissed as to any other Defendant.

This voluntary dismissal is made based upon the agreement between Spark and POF that both sides reserve all rights to reassert all claims and defenses upon conclusion of the reexamination of the patent in suit before the USPTO, including but not limited to the jurisdictional and other arguments set forth in POF's motion to dismiss (Docket Nos. 110-112) and Spark's right to jurisdictional discovery regarding the same (see Docket No. 118).

|  |  |
|---|---|
|    /s/ Raymond P. Niro, Jr.    |    /s/ Christopher Hall    |
| Raymond P. Niro, Jr. | *signed with permission* |
| NIRO, SCAVONE, HALLER & NIRO | Christopher Hall |
| 181 West Madison, Suite 4600 | CHRISTOPHER HALL & ASSOCIATES, LLC |
| Chicago, Illinois 60602 | 1848 N. Mohawk Street, Suite 2 |
| (312) 236-0733 | Chicago, Illinois 60614 |
| rnirojr@nshn.com | (312) 545-4355 |
| | chrishall@halliplaw.com |
| *Attorneys for Spark Network Services, Inc.* | |
| | *Attorneys for Plentyoffish Media, Inc.* |

# CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I caused the foregoing STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT PLENTYOFFISH MEDIA, INC. to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Counsel for Match.com*

Craig A. Varga
Elizabeth Barry
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-9400
Fax: (312) 341-2900
cvarga@vblhc.com
ebarry@vblhc.com

Larry D. Carlson
Kevin J. Meek
Chad C. Walters
John C. Nickelson
Matthew J. Kacsmaryk
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(214) 953-6500
Fax: (214) 953-6503
larry.carlson@bakerbotts.com
chad.walters@bakerbotts.com
john.nickelson@bakerbotts.com
kevin.meek@bakerbotts.com
matt.kacsmaryk@bakerbotts.com

*Counsel for eHarmony.com*

Leif R. Sigmond, Jr.
S. Richard Carden
Jennifer M. Kurcz
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
sigmond@mbhm.com
kurcz@mbhb.com
carden@mbhb.com

Matthew J. Hult
Chris R. Ottenweller
Robert E. Freitas
Chester Day
Sugithra Somasekar
Richard S. Swope
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
Fax: (650) 614-7401
cday@orrick.com
cottenweller@orrick.com
matthult@orrick.com
rfreitas@orrick.com
ssomasekar@orrick.com
rswope@orrick.com

*Counsel for Spark Networks Inc.*

Steven P. Mandell
Stephen J. Rosenfeld
Keith E. Allen
MANDELL MENKES LLC
333 West Wacker Dr., Suite 300
Chicago, IL 60606
(312) 251-1000
Fax: (312) 251-1010
smandell@mandellmenkes.com
srosenfeld@mandellmenkes.com
kallen@mandellmenkes.com

*Counsel for TrueBeginnings*

Timothy J. Vezeau
Michael A. Dorfman
Sharyn M. Castle
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60601
(312) 902-5200
Fax: (312) 902-1061
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com
sharyn.procaccio@kattenlaw.com

*Counsel for Plentyoffish Media*

Christopher Hall
CHRISTOPHER HALL & ASSOCIATES, LLC
1848 N. Mohawk Street, Suite 2
Chicago, IL 60614
(312) 545-4355
Fax: (360) 530-5223
chrishall@halliplaw.com

*Counsel for Perfect Match*

Robert S. Rigg
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, PC
222 North LaSalle Street, Suite 2400
Chicago, IL 60601
(312) 609-7500
Fax: (312) 609-5005
rrigg@vedderprice.com

*Counsel for Various, Inc.*

Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300
Fax: (312) 701-9335
flaming@sw.com
lgsmith@sw.com

The undersigned further certifies that the foregoing was served upon the following non-CM/ECF participants via electronic transmission:

*Counsel for Various, Inc.*

Ira P. Rothken, Esq.
ROTHKEN LAW FIRM
1050 Northgate Dr., Suite 520
San Rafael, CA 94903
(415) 924-4250
Fax: (415) 924-2905
ira@techfirm.com

*Counsel for Spark Networks, Inc.*

Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Fax: (212) 596-9090
laurence.rogers@ropesgray.com

Dalila A. Wendlandt
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
Fax: (617) 951-7050
dalila.wendlandt@ropesgray.com

*Counsel for TrueBeginnings*

David W. Carstens
Casey L. Griffith
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, TX 75240
(972) 367-2001
Fax: (972) 367-2002
griffith@cclaw.com
carstens@cclaw.com

      /s/ Raymond P. Niro, Jr.
Attorney for Plaintiff Spark Network Services