IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> MATCH.COM, LP, eHARMONY.COM., INC., VARIOUS, INC., TRUEBEGINNINGS, LLC, PERFECT MATCH LLC and SPARK NETWORKS, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-00570 |

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL**

Plaintiff hereby represents to the Court on behalf of all parties that Plaintiff and each of the Defendants have agreed to a settlement of this Civil Action.

Therefore, on the basis of the settlement reached, the parties jointly move the Court to enter the attached Stipulated Order of Dismissal, which will be submitted to the Court via email pursuant to the procedures for electronic filing.

Respectfully submitted,

    /s/ Raymond P. Niro, Jr.
Paul K. Vickrey
Raymond P. Niro, Jr.
Frederick C. Laney
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Fax: (312) 236-3137
vickrey@nshn.com; rnirojr@nshn.com;
laney@nshn.com

Attorneys for Plaintiff,
Spark Network Services, Inc.

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 22, 2010, I caused the foregoing JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

*Counsel for Match.com*

Craig A. Varga
Elizabeth Barry
VARGA BERGER LEDSKY HAYES & CASEY
224 South Michigan Avenue, Suite 350
Chicago, IL 60604
(312) 341-9400
Fax: (312) 341-2900
cvarga@vblhc.com
ebarry@vblhc.com

Larry D. Carlson
Kevin J. Meek
Chad C. Walters
John C. Nickelson
Matthew J. Kacsmaryk
BAKER BOTTS L.L.P.
2001 Ross Avenue
Dallas, TX 75201
(214) 953-6500
Fax: (214) 953-6503
larry.carlson@bakerbotts.com
chad.walters@bakerbotts.com
john.nickelson@bakerbotts.com
kevin.meek@bakerbotts.com
matt.kacsmaryk@bakerbotts.com

*Counsel for Spark Networks Inc.*

Steven P. Mandell
Stephen J. Rosenfeld
Keith E. Allen
MANDELL MENKES LLC
333 West Wacker Dr., Suite 300
Chicago, IL 60606
(312) 251-1000
Fax: (312) 251-1010
smandell@mandellmenkes.com
srosenfeld@mandellmenkes.com
kallen@mandellmenkes.com

*Counsel for Perfect Match*

Robert S. Rigg
VEDDER, PRICE, KAUFMAN & KAMMHOLZ, PC
222 North LaSalle Street, Suite 2400
Chicago, IL 60601
(312) 609-7500

*Counsel for eHarmony.com*

Leif R. Sigmond, Jr.
S. Richard Carden
Jennifer M. Kurcz
MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL 60606
(312) 913-0001
Fax: (312) 913-0002
sigmond@mbhm.com
kurcz@mbhb.com
carden@mbhb.com

Matthew J. Hult
Sugithra Somasekar
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
(650) 614-7400
Fax: (650) 614-7401
matthult@orrick.com
ssomasekar@orrick.com

*Counsel for TrueBeginnings*

Timothy J. Vezeau
Michael A. Dorfman
Sharyn M. Castle
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60661
(312) 902-5200
Fax: (312) 902-1061
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com
sharyn.procaccio@kattenlaw.com

*Counsel for Various, Inc.*

Todd H. Flaming
Lesley G. Smith
SCHOPF & WEISS LLP
One South Wacker Drive, 28th Floor
Chicago, IL 60606

| | |
|---|---|
| Fax: (312) 609-5005<br>rrigg@vedderprice.com | (312) 701-9300<br>Fax: (312) 701-9335<br>flaming@sw.com<br>lgsmith@sw.com |

      The undersigned further certifies that the foregoing was served upon the following non-CM/ECF participants via electronic transmission:

*Counsel for Various, Inc.*

Ira P. Rothken, Esq.
ROTHKEN LAW FIRM
1050 Northgate Dr., Suite 520
San Rafael, CA 94903
(415) 924-4250
Fax: (415) 924-2905
ira@techfirm.com

*Counsel for TrueBeginnings*

David W. Carstens
Casey L. Griffith
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, TX 75240
(972) 367-2001
Fax: (972) 367-2002
griffith@cclaw.com
carstens@cclaw.com

*Counsel for Spark Networks, Inc.*

Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Fax: (212) 596-9090
laurence.rogers@ropesgray.com

Dalila A. Wendlandt
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
Fax: (617) 951-7050
dalila.wendlandt@ropesgray.com


      I also certify that on this date I caused a copy of the Stipulated Order of Dismissal to be submitted to Judge Gottschall and copied to the above-listed counsel via electronic transmission.


                                                    /s/ Raymond P. Niro, Jr.
                                      Attorney for Plaintiff Spark Network Services