IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPARK NETWORK SERVICES, INC. <br><br> Plaintiff, <br><br> v. <br><br> MATCH.COM, LP, eHARMONY.COM., INC., VARIOUS, INC., TRUEBEGINNINGS, LLC, PERFECT MATCH LLC and SPARK NETWORKS, INC., <br><br> Defendants. | Civil Action No. 1:07-cv-00570 |

**PROPOSED STIPULATED ORDER OF DISMISSAL**

It has been represented to the Court that Plaintiff Spark Network Services, Inc. and the Defendants, Match.com, LP, eHarmony.com, Inc., Various, Inc., TrueBeginnings, LLC, Perfect Match LLC and Spark Networks, Inc., have agreed to a settlement of this Civil Action.

WHEREFORE, with the consent of the above-identified parties, through their undersigned attorneys, and with the approval of this Court, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. All claims, defenses and counterclaims that were brought between Plaintiff and each of the Defendants, Match.com, LP, eHarmony.com, Inc., Various, Inc., TrueBeginnings, LLC, Perfect Match LLC and/or Spark Networks, Inc. in this Civil Action are hereby dismissed with prejudice.

2. Each party shall bear its own costs and attorneys' fees.

SO ORDERED:

Date:_____    _____
                                        Hon. Joan B. Gottschall
                                        United States District Judge

STIPULATED AND AGREED TO:

| | |
|---|---|
| /s/ Raymond P. Niro, Jr. | /s/ Larry D. Carlson |
| Paul K. Vickrey<br>Raymond P. Niro, Jr.<br>Frederick C. Laney<br>NIRO, SCAVONE, HALLER & NIRO<br>181 West Madison, Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733<br>Fax: (312) 236-3137<br>vickrey@nshn.com; rnirojr@nshn.com;<br>laney@nshn.com<br><br>Attorneys for Plaintiff, Spark Network Services, Inc. | *signed with permission*<br>Larry D. Carlson<br>Kevin J. Meek<br>Chad C. Walters<br>John C. Nickelson<br>Matthew J. Kacsmaryk<br>Fernando Rodriguez, Jr.<br>BAKER BOTTS L.L.P.<br>2001 Ross Avenue<br>Dallas, TX 75201<br>(214) 953-6500<br>Fax: (214) 953-6503<br>larry.carlson@bakerbotts.com<br>chad.walters@bakerbotts.com<br>john.nickelson@bakerbotts.com<br>kevin.meek@bakerbotts.com<br>matt.kacsmaryk@bakerbotts.com<br>fernando.rodriguez@bakerbotts.com<br><br>Craig A. Varga<br>Elizabeth Barry<br>VARGA BERGER LEDSKY HAYES & CASEY<br>224 South Michigan Avenue, Suite 350<br>Chicago, IL 60604<br>(312) 341-9400<br>Fax: (312) 341-2900<br>cvarga@vblhc.com<br>ebarry@vblhc.com<br><br>Attorneys for Defendant, Match.com, LP |
| /s/ Matthew J. Hult | /s/ Ira P. Rothken |
| *signed with permission*<br>Matthew J. Hult<br>Sugithra Somasekar<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>(650) 614-7400<br>Fax: (650) 614-7401<br>matthult@orrick.com<br>ssomasekar@orrick.com | *signed with permission*<br>Ira P. Rothken, Esq.<br>ROTHKEN LAW FIRM<br>1050 Northgate Dr., Suite 520<br>San Rafael, CA 94903<br>(415) 924-4250<br>Fax: (415) 924-2905<br>ira@techfirm.com<br><br>Todd H. Flaming<br>Lesley G. Smith<br>SCHOPF & WEISS LLP |

Leif R. Sigmond, Jr.
S. Richard Carden
Jennifer M. Kurcz
MCDONNELL BOEHNEN HULBERT &
BERGHOFF LLP
300 S. Wacker Drive
Suite 3200
Chicago, IL  60606
(312) 913-0001
Fax: (312) 913-0002
sigmond@mbhm.com
kurcz@mbhb.com
carden@mbhb.com

Attorneys for Defendant, eHarmony, Inc.

One South Wacker Drive, 28th Floor
Chicago, IL 60606
(312) 701-9300
Fax: (312) 701-9335
flaming@sw.com
lgsmith@sw.com

Attorneys for Defendant, Various, Inc.

         /s/ Laurence S. Rogers
*signed with permission*
Laurence S. Rogers
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
Fax:  (212) 596-9090
laurence.rogers@ropesgray.com

Dalila A. Wendlandt
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7000
Fax:  (617) 951-7050
dalila.wendlandt@ropesgray.com

Steven P. Mandell
Stephen J. Rosenfeld
Keith E. Allen
MANDELL MENKES LLC
333 West Wacker Dr., Suite 300
Chicago, IL 60606
(312) 251-1000
Fax: (312) 251-1010
smandell@mandellmenkes.com
srosenfeld@mandellmenkes.com
kallen@mandellmenkes.com

Attorneys for Defendant, Spark Networks, Inc.

         /s/ Robert S. Rigg
*signed with permission*
Robert S. Rigg
VEDDER, PRICE, KAUFMAN &
KAMMHOLZ, PC
222 North LaSalle Street, Suite 2400
Chicago, IL 60601
(312) 609-7500
Fax: (312) 609-5005
rrigg@vedderprice.com

Attorneys for Perfect Match LLC

     /s/ David W. Carstens
   *signed with permission*
David W. Carstens
Casey L. Griffith
CARSTENS & CAHOON, LLP
13760 Noel Road, Suite 900
Dallas, TX 75240
(972) 367-2001
Fax: (972) 367-2002
griffith@cclaw.com
carstens@cclaw.com

Timothy J. Vezeau
Michael A. Dorfman
Sharyn M. Castle
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe St.
Chicago, IL 60601
(312) 902-5200
Fax: (312) 902-1061
timothy.vezeau@kattenlaw.com
michael.dorfman@kattenlaw.com
sharyn.procaccio@kattenlaw.com

Attorneys for Defendant, TrueBeginnings, LLC